UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REVITY ENERGY LLC,

                Plaintiff,

– *against* –

NAUTILUS INSURANCE COMPANY,

                Defendant.

**ORDER**

22 Civ. 4751 (ER)

Ramos, D.J.:

    This case was transferred to this Court on June 7, 2022 from the District of Rhode Island.

Accordingly, the parties are directed to submit a joint status letter by June 15, 2022.

    SO ORDERED.

Dated:    June 8, 2022
             New York, New York

                                                  Edgardo Ramos, U.S.D.J.