UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REVITY ENERGY LLC<br><br>    Plaintiff,<br>v.<br><br>NAUTILUS INSURANCE COMPANY<br><br>    Defendant. | Civ. No. 1:21-cv-04751-JMF<br><br>**NOTICE OF DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and in accordance with the agreement reached by counsel as reflected in the parties' joint letter to Judge Furman dated July 7, 2022 filed in a related action pending before this Court (C.A. No. 1:21-cv-09525-JMF), Plaintiff Revity Energy LLC hereby dismisses the above-captioned matter without prejudice.  Defendant Nautilus Insurance Company has yet to file either an answer or a motion for summary judgment in the above captioned matter.

    By: */s/ James R. Oswald*
    James R. Oswald, Esq.
    ID No. 3356
    ADLER POLLOCK & SHEEHAN P.C.
    One Citizens Plaza, 8th Floor
    Providence, RI 02903
    Tel: (401) 272-7200
    Fax: (401) 351-4607
    joswald@apslaw.com

    Date:  August 9, 2022

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this the 9th day of August, 2022, the undersigned served a copy of the Notice of Dismissal through the ECF system. It will be sent electronically to the registered participants as identified in the Notice of Electronic Filing.

                */s/ James R. Oswald*

1129159.v1